# United States Court of Appeals

**FOR THE EIGHTH CIRCUIT**

_____

No. 96-4212

_____

Elizabeth Dunham, as personal *
representative for Douglas Dunham,                                    *
                                                                     *
      Appellant,        *
                                                                     *
   v.                  *
                                                                     *
City of O'Fallon, Missouri, a                                        *
Municipal corporation; Michael                                       *
Kernan, individually and in his                                      *
official capacity as Police Chief of                                 *
the City of O'Fallon, Missouri;                                      *
Edward Griesenauer, individually                                     *
and in his official capacity as Mayor                                *
of the City of O'Fallon, Missouri;                                   *
Board of Alderman of the City of                                     *

Appeals
from the
United States
*
District Court
for the
*
Eastern District of

O'Fallon, Missouri, by and through

its individual members; Dennis Henson,

individually and in his official capacity as Alderman of the City of O'Fallon, Missouri; Paul Renaud, individually and in his official capacity as Alderman of the City of O'Fallon, Missouri; Henry Dussold, individually and in his official capacity as Alderman of the City of O'Fallon, Missouri; Eugene Moser, individually and in his official capacity as Alderman of the City of O'Fallon, Missouri; Cliff Hesskamp, individually and in his official capacity as Alderman of the City of O'Fallon, Missouri; Joe Salemi, individually and in his official capacity as

Missouri

*
*
*
*
*
*
*
*
*
*
*
*
*
*

[UNPUBLISHED]

Alderman of the City of O'Fallon,                    *
Missouri; Kenneth Molloy, individually               *
and in his official capacity as                      *
Alderman of the City of O'Fallon,                    *
Missouri; Rose Mack, individually and                *
in her official capacity as Alderman                 *
of the City of O'Fallon, Missouri;                   *
                                                     *
          Appellees.              *


_____

No. 97-1430
_____

John Fomera; Christine Fomera,                       *
                                  *
          Appellant,              *
                                  *
     v.                                                   *
                                  *
City of O'Fallon, Missouri, a                        *
Municipal corporation; Michael                       *
Kernan, individually and in his                      *
official capacity as Police Chief of                 *
the City of O'Fallon, Missouri;                      *
Edward Griesenauer, individually                     *
and in his official capacity as Mayor                *
of the City of O'Fallon, Missouri;                   *
Board of Alderman of the City of                     *
O'Fallon, Missouri, by and through                   *
its individual members; Dennis Henson,               *
individually and in his official capacity            *
as Alderman of the City of O'Fallon,                 *
Missouri; Paul Renaud, individually                  *
and in his official capacity as Alderman             *
of the City of O'Fallon, Missouri;                   *
Henry Dussold, individually and in his               *
official capacity as Alderman of the                 *

-3-

City of O'Fallon, Missouri; Eugene                      *
Moser, individually and in his official                *
capacity as Alderman of the City of                    *
O'Fallon, Missouri; Cliff Hesskamp,                    *
individually and in his official capacity              *
as Alderman of the City of O'Fallon,                   *
Missouri; Joe Salemi, individually                     *
and in his official capacity as                        *
Alderman of the City of O'Fallon,                      *
Missouri; Kenneth Molloy, individually                 *
and in his official capacity as                        *
Alderman of the City of O'Fallon,                      *
Missouri; Rose Mack, individually and                  *
in her official capacity as Alderman                   *
of the City of O'Fallon, Missouri;                     *
                                                *
          Appellees.              *
                  _____


                                    Submitted:
September 10, 1997

                                         Filed:
September 25, 1997

                  _____

Before McMILLIAN, ROSS and MURPHY, Circuit Judges.
                  _____


PER CURIAM.

Elizabeth Dunham, as personal representative for Douglas Dunham, and John and Christine Fomera appeal from final orders entered in the District Court[1] for the Eastern District of Missouri granting summary judgment in favor of the City of O'Fallon and other defendants on their employment discrimination and related claims.

---

[1]The Honorable George F. Gunn, Jr., Senior United States District Judge for the Eastern District of Missouri.

<u>Fomera v. City of O'Fallon</u>, No. 4:95CV00238 (GFG) (E.D. Mo. Dec. 31, 1996) (memorandum and order); <u>Dunham v. City of O'Fallon</u>, 945 F. Supp. 1256 (E.D. Mo. 1996).

The district court held that appellants' employment discrimination and retaliation claims were barred by the applicable 90-day statute of limitations, 945 F. Supp. at 1260-62, citing <u>Garfield v. J.C. Nichols Real Estate</u>, 57 F.3d 662, 666 (8th Cir.) (holding dismissal without prejudice does not toll running of statute of limitations on either federal or state employment discrimination claim), <u>cert. denied</u>, 116 S. Ct. 380 (1995). The district court also held that Elizabeth Dunham was bound by the allegations in Douglas Dunham's original and refiled complaints that he had received a right to sue letter for his age discrimination claim. <u>Id.</u> at 1261. The district court also held the undisputed facts and applicable law did not support the state law claims for intentional infliction of emotional distress and loss of consortium. <u>Id.</u> at 1262-63.

We have carefully reviewed the record and we agree with the analysis of the district court as set forth in its well-reasoned memorandum and order. <u>See</u> 8th Cir. R. 47B. Accordingly, we affirm the judgments of the district court.

A true copy.

    Attest:

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.